```
       IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

          MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA    )
                            )      CRIMINAL ACTION NO.
    v.                      )         2:22cr237-MHT
                            )             (WO)
RENARDO TURNER              )
```

## SUPPLEMENTAL ORDER ON
## TREATMENT-RELATED CONDITIONS OF SUPERVISED RELEASE

In accordance with the conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Defendant Renardo Turner shall spend the first six months of his supervised release residing at the Dismas halfway house.

(2) Defendant Turner shall complete the six-month Next Steps program at the Beacon Center, during which he shall participate in cognitive behavioral therapy, workshops focused on personal development skills with Communities of Transformation, and an adult education course.  The therapy shall follow the recommendations of Dr. Karli M. Martin as set forth in the evaluation. *See* Neuropsych. Report (Doc. 56-2) at 8.  The United

States Probation Office shall ensure that, prior to beginning treatment, the Beacon Center receives a copy of the psychological evaluation conducted by Dr. Martin.

(3) The United States Probation Office shall arrange for defendant Turner to complete an intake screening with Montgomery Area Mental Health for medication management within the first 30 days of release.

(4) The United States Marshal Service shall provide defendant Turner with a 30-day supply of his medication as currently prescribed upon his release.

DONE, this the 17th day of November, 2023.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE