IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:22cr237-MHT |
| | ) | (WO) |
| **RENARDO TURNER** | ) | |

ORDER

Based on the representations made on the record on May 16, 2024, it is ORDERED that:

(1) The court emphasizes that defendant Renardo Turner is not to miss any more court dates, mental-health counseling sessions, or any other appointments related to the conditions of his supervision.

(2) Effective May 16, 2024, the special condition of supervision requiring defendant Turner to spend six months at the Dismas Halfway House is suspended. The court will consider reinstating this condition if defendant Turner misses any more of his appointments or court dates or otherwise fails to comply with his conditions of supervision.

(3) On or before May 31, 2024, defense counsel is to file a report describing how defendant Turner will be accountable going forward for remaining in compliance with his restorative justice agreement and what role, if any, the restorative justice facilitator will have in monitoring defendant Turner's progress.

DONE, this the 16th day of May, 2024.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**