**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:22cr237-MHT** |
| | ) | **(WO)** |
| **RENARDO TURNER** | ) | |

**ORDER**

Based on the representations made on the record during the status conference on November 22, 2024, that defendant Renardo Turner is doing well on supervised release, it is ORDERED that the court will not set any future status conferences or take any further action at this time.

DONE, this the 26th day of November, 2024.

                                       /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**